### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY RESETAR,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-3428 |
| | : | |
| **PHILLIPS FEED SERVICE, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

### O R D E R

**AND NOW**, this 22nd day of March, 2017, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 8) and the Plaintiff's Response in Opposition to the Motion to Dismiss (Doc. No. 10), **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. No. 8) is **DENIED**.

BY THE COURT

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.